**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**JAMES E. SWYGERT**                                                                          **PLAINTIFF**

v.                                         **CASE NO. 4:12CV00050 BSM**

**EVERGREEN PACKAGING, INC.;**
**RAYMOND BYRD; and**
**CRAIG LICHTY**                                                                                **DEFENDANTS**

## ORDER

Separate defendant Craig Lichty moves to dismiss plaintiff James E. Swygert's amended complaint for failure to state a claim. [Doc. No. 4]. Lichty asserts that the amended complaint makes no specific allegations against him. Swygert has responded and requests leave to amend. [Doc. No. 6]. The motion to dismiss is denied, and Swygert is directed to file his second amended complaint forthwith.

IT IS SO ORDERED this 13th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE